1

2

3

4

5

6

7 # UNITED STATES DISTRICT COURT

8 ### EASTERN DISTRICT OF CALIFORNIA

9

10 PERRY TALLEY,                              **Case No. 1:16-cv-01422-AWI-SKO (PC)**

11             Plaintiff,                     **ORDER ADOPTING FINDINGS AND**
                                             **RECOMMENDATION DENYING PLAINTIFF'S**
12      v.                                    **MOTION REGARDING TRUST ACCOUNT**
                                             **WITHDRAWALS FOR LACK OF JURISDICTION**
13 PATEL, et al.,
                                             **(Docs. 12, 19)**
14             Defendants.

15

16

17          Plaintiff, Perry Talley, is a state prisoner proceeding *pro se* and *in forma pauperis* in this

18 in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States

19 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          Plaintiff filed a motion disputing withdrawals from his trust account on July 7, 2017.

21 (Doc. 12.) On August 18, 2017, the Magistrate Judge issued a Findings and Recommendations to

22 deny Plaintiff's motion for lack of jurisdiction. (Doc. 19.) The Findings and Recommendation

23 was served that same date and allowed for filing of objections within twenty-one days. (*Id.*)

24 Despite lapse of the time allowed, Plaintiff has not filed any objections.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

26 *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the

27 Findings and Recommendations to be supported by the record and by proper analysis.

28

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on August 18, 2017 (Doc. 19), is adopted in full; and

2. Plaintiff's motion regarding withdrawals from his inmate trust account, filed on July 7, 2017 (Doc. 12) is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   September 25, 2017

_____
SENIOR  DISTRICT  JUDGE